

FILED

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0337

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0337

CHRISTOPHER P. MCKEEN,

Petitioner,

v.

COMMANDER VALDEZ,

Respondent.

FILED

JUL 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Christopher P. McKeen has filed a Petition for Writ of Habeas Corpus, indicating that his incarceration is illegal because he was without representation of counsel after his arraignment until the appointment of counsel on June 7, 2019. He contends that the Office of State Public Defender "ultimately denied [him] counsel for 28 days in direct violation of [§] 46-8-101(2)[, MCA] and Mont. Const. Art. II § 24." McKeen requests his release from incarceration and that his case be dismissed with prejudice.

McKeen is not entitled to his requests because he is not illegally incarcerated. According to the court's register of actions, an attorney filed a Notice of Appearance on June 7, 2019, noting that a different attorney was now acting on his behalf in the District Court. Pursuant to Montana statutes, McKeen was not without counsel's representation during the interim at question. Sections 46-8-101(1), and 47-1-104(4), MCA.

Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of his present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d. 337. McKeen has appointed counsel to represent him in District Court, and his incarceration is due to his pending matter that is awaiting sentencing. He is not entitled to dismissal of the charges. Upon the issuance of final judgments, he has the remedy of appeal. Section 46-20-104(1), MCA. Therefore,

IT IS ORDERED that McKeen's Petition for Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to: the Honorable Jessica T. Fehr, District Court Judge; Terry Halpin, Clerk of Court, Yellowstone County, under Cause No. DC 2019-546; Sarah L. Hyde, Yellowstone County Deputy Attorney; Natashi Yasanthi Hammack, Defense Counsel; counsel of record; and Christopher P. McKeen personally.

DATED this 12th day of July, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2